IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) Criminal No. 1:08CR132 |
| RAFAEL ANTONIO PARADA-MENDOZA, et al. | ) The Hon. Liam O'Grady |
| | ) |
| Defendant. | ) |
| | ) |

### NOTICE OF APPEAL

COMES NOW, Defendant, RAFAEL PARADA-MENDOZA (hereinafter "Mr. Parada-Mendoza"), by and through counsel undersigned and, respectfully notes his appeal to the United States Court of Appeals for the Fourth Circuit from Order entered in this action on the 16th day of October 2009

Respectfully submitted,

Rafael Parada-Mendoza
Defendant
By Counsel

/s/
Michael S. Arif
VSB 20999
Matthew W. Greene
VSB 37538
MARTIN, ARIF & GREENE
8001 Braddock Road, Suite 100
Springfield, VA 22151
Tel. (703) 323-1200
Fax (703) 978-1040
E-Mail Mgreene@mnalegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on the 21th day of October, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

Jonathan Fahey, Esquire
Jeanine Linehan, Esquire
Inayat Delawala, Esquire
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3700
Fax: (703) 299-3982
jonathan.fahey@usdoj.gov
Jeanine.linehan@usdoj.gov
Inayat.delawala@usdoj.gov

_____/s/_____
Michael S. Arif, Esquire
VSB #: 20999
Matthew W. Greene
VSB #: 37538
MARTIN ARIF & GREENE
8001 Braddock Road, Suite 100
Springfield, Virginia 22151
Tel: (703) 323-1200
Fax: (703) 978-1040
E-Mail: mgreene@mnalegal.com